# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. _____. |

**[PROPOSED] ORDER AUTHORIZING DISCOVERY**

Upon consideration of the Application And Petition For An Order To Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "Application"), submitted by Shervin Pishevar ("Petitioner") and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that

(a) the Application is granted;

(b) Petitioner is authorized to serve the subpoenas annexed as Exhibit 2 to the declaration of Lucas Bento upon Mr. Marcus Baram ("Respondent"); and

(c) Respondent is directed to respond to such subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED.**

Date: _____, 2019

_____
UNITED STATES DISTRICT JUDGE