```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/19
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 19-MC-503-RA<br><br>MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND MEDIA LEGAL DEFENCE INITIATIVE |

The Reporters Committee for Freedom of the Press and Media Legal Defence Initiative respectfully move this Court for leave to file the accompanying brief as amici curiae in support of Respondent Marcus Baram's opposition to the application of Shervin Pishevar for an order to take discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 ("Section 1782"). Respondent Baram consents to this motion. Applicant Pishevar takes no position on this motion, but has indicated that he would like to submit a response to the amici brief by January 7, 2020. Amici do not object to Applicant filing a response.

The accompanying brief seeks to highlight for the Court the importance of source confidentiality in newsgathering activities and explain why this Court should not permit discovery under Section 1782 to force a reporter to disclose the identity of a confidential source. As representatives of and advocates for the news media, amici have a strong interest in protecting the First Amendment freedom of the press, and are concerned that the use of Section 1782 discovery in circumvention of well-established legal protections for reporters' sources will chill newsgathering and restrict the free flow of information to the public.

Accordingly, amici respectfully request that the Court grant this motion and accept the accompanying brief for its consideration. *See, e.g.*, *Picard v. Greiff*, 797 F. Supp. 2d 451, 452

(S.D.N.Y. 2011) ("It is well-established that a district court has broad discretion to grant or deny an appearance as *amicus curiae* in a given case." (citation omitted)).

Dated: December 19, 2019                                    Respectfully submitted,

/s/ Katie Townsend
Katie Townsend
THE REPORTERS COMMITTEE FOR
    FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org

*Counsel of Record for Amici Curiae*

---

Application granted.

The Court grants the request to file a brief of *amicus curiae* in support of Respondent Marcus Baram. Applicant may file a response by January 7, 2020.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 20, 2019