USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

1:19-mc-00503 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a conference with the parties before me on February 10, 2020 and for the reasons stated on the record, IT IS HEREBY ORDERED that, no later than Friday, February 14, 2020:

(1) Petitioner shall submit to the Court *in camera*, with a copy to Respondent's counsel pursuant to an Attorneys' Eyes' Only restriction, any documentation received by Petitioner or his English criminal counsel, at or around the time of his arrest setting forth the details of his arrest; and

(2) The Parties may submit a letter to the Court, not to exceed three pages in length, discussing whether Mr. Baram's privilege to be free from compelled self-incrimination would be implicated or violated if he is Ordered to provide merely the name and location of his confidential source.

**SO ORDERED.**

DATED:   New York, New York
         February 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge