UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

1:19-mc-00503 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on March 3, 2020, Petitioner filed a motion for reconsideration of the Court's February 18, 2020 Opinion and Order (Not. of Mot., ECF No. 59);

WHEREAS, in his memorandum of law in support of his motion, Respondent states that he "is willing to share the Tech Source and the Pishevar Source's identities *in camera*, but does not name them to minimize any burden on third-parties that do not have the information he seeks" (Pet. Mem., ECF No. 60, at 5 n.5); and

WHEREAS, Petitioner fails to provide any legal rationale as to why the identities of his so-called Tech Source and Pishevar Source should not be submitted as part of the public record, let alone shared with Respondent.

NOW, THEREFORE, it is hereby ORDERED, as follows:

(1) No later than Friday, April 3, 2020, Petitioner shall, in a letter to the Court filed on the public docket, not to exceed five pages in length, (a) show cause why the identities of the Tech Source and Pishevar Source should not be made part of the public record, or (b) set forth the names and employers of the Tech Source and Pishevar Source.

(2) Any response by Respondent to Petitioner's submission pursuant to paragraph 1 above shall be made in a letter to the Court filed on the public docket, not to exceed five pages in length, no later than Wednesday, April 8, 2020.

**SO ORDERED.**

DATED:	New York, New York
	March 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge