**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**In Re Application of Shervin**
**Pishevar for an Order to Take**
**Discovery for Use in foreign**
**proceedings pursuant to 28 U.S.C.**         19mc503 (JGK)
**§ 1782.**
                                              **ORDER**


_____

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to close this case.

**SO ORDERED.**
**Dated:**   **New York, New York**
        **May 18, 2020**              /s/ John G. Koeltl
                                  **John G. Koeltl**
                        **United States District Judge**