```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE APPLICATION OF SHERVIN PISHEVAR
FOR AN ORDER TO TAKE DISCOVERY FOR          19-mc-503 (JGK)
USE IN FOREIGN PROCEEDINGS PURSUANT
TO 28 U.S.C. § 1782                         ORDER
_____
```

**JOHN G. KOELTL, District Judge:**

The parties should provide the Court with a status update by April 9, 2021.

**SO ORDERED.**

**Dated:**   New York, New York
             April 6, 2021           ___/s/ John G. Koeltl_____
                                            John G. Koeltl
                                     United States District Judge