UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE APPLICATION OF SHERVIN PISHEVAR
FOR AN ORDER TO TAKE DISCOVERY FOR    19-mc-503 (JGK)
USE IN FOREIGN PROCEEDINGS PURSUANT
TO 28 U.S.C. § 1782                   ORDER

---

JOHN G. KOELTL, District Judge:

The parties should provide the Court with a status update by June 11, 2021.

SO ORDERED.

Dated:  New York, New York
        June 4, 2021

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge