UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

IN RE APPLICATION OF SHERVIN PISHEVAR
FOR AN ORDER TO TAKE DISCOVERY FOR          19-mc-503 (JGK)
USE IN FOREIGN PROCEEDINGS PURSUANT
TO 28 U.S.C. § 1782                         ORDER
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Court will hold a status conference in this case on Monday, June 14, at 2:30 pm, rather than oral argument. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           June 11, 2021

                                            John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-21