UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE APPLICATION OF SHERVIN PISHEVAR
FOR AN ORDER TO TAKE DISCOVERY FOR          19-mc-503 (JGK)
USE IN FOREIGN PROCEEDINGS PURSUANT
TO 28 U.S.C. § 1782                          ORDER

---

JOHN G. KOELTL, District Judge:

The Court will listen to the parties on the petitioner's application to dismiss the case without prejudice and the respondent's application that dismissal should be subject to attorney's fees and costs, as well as any objections to the Magistrate Judge's Order.

SO ORDERED.

Dated:   New York, New York
         June 28, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-28-2021