UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE APPLICATION OF SHERVIN PISHEVAR
FOR AN ORDER TO TAKE DISCOVERY FOR           19-mc-503 (JGK)
USE IN FOREIGN PROCEEDINGS PURSUANT
TO 28 U.S.C. § 1782                          ORDER

---

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on June 30, 2021, this case having been dismissed with prejudice, the Magistrate Judge's October 3, 2020 Order, ECF No. 99, is vacated.

SO ORDERED.

Dated:  New York, New York
        June 30, 2021

                                    _____
                                    John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2021