UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. 1782 | Case No. 19-mc-00503-JGK-SDA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated between SHERVIN PISHEVAR and Respondent MARCUS BARAM, by and through their undersigned counsel, that the above-captioned action is hereby DISMISSED WITH PREJUDICE, with each party bearing their own costs and attorneys' fees.

Respectfully submitted this 30th day of June, 2021:

**SHERVIN PISHEVAR:**

/s/ Lucas V.M. Bento

Lucas V.M. Bento
lucasbento@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 MADISON AVENUE, FLOOR 22
NEW YORK, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

/s/

Megan H. Daneshrad
mdaneshrad@MOSESSINGER.COM
Moses & Singer LLP
The Chrysler Building, 405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7859
Facsimile: (212) 554-7700

MARCUS BARAM

The Clerk is directed to close this case.

So ordered,

John G. Koeltl
6/30/21   U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2021